| | |
|---|---|
| 1 | LISA C. GILINGER |
| 2 | LISA C. GILINGER LAW OFFICES<br>635 North Alisos Street |
| 3 | Santa Barbara, California 93103<br>Telephone: (805) 568-5370 |
| 4 | Facsimile: (805) 568-5149 |
| 5 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

o0o

| | | |
|---|---|---|
| FRANCES GAONA HERNANDEZ, | | CASE NO. 2:19-CV-10388-ADS |
| Plaintiff, | | |
| vs. | | **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| KILOLO KIJAKZI,<br>Acting Commissioner of Social Security, | | |
| Defendant. | | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of NINE THOUSAND dollars ($9,000.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: May 3, 2022

    /s/ Autumn D. Spaeth
AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)